TRICE *v.* THE STATE.

COBB, P. J. The evidence amply warranted the verdict, and no sufficient. reason has been shown for reversing the judgment refusing to grant a new trial.          *Judgment affirmed. All the Justices concur.*

Submitted December 18, 1905.—Decided January 12, 1906.

Accusation of selling liquor. Before Judge Reagan. Pike superior court. November 6, 1905.

*J. F. Redding* and *H. O. Farr,* for plaintiff in error.

*O. H. B. Bloodworth, solicitor-general,* contra.